UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KPA, INC.,<br><br>　　　　　Defendant. | Case No. 20-cv-08083-SI<br><br>**ORDER DIRECTING CLERK TO REVIEW MOTION FOR ENTRY OF DEFAULT**<br><br>Re: Dkt. No. 14 |

　　　In an order filed September 8, 2021, the Court directed plaintiff to show cause by September 16 why this case should not be dismissed for failure to prosecute. Plaintiff did not directly respond to the Court's order, and instead filed a motion for entry of default. Dkt. No. 14.

　　　The Court directs the Clerk to review plaintiff's motion. The Court will determine what further proceedings are necessary in this case after the Clerk acts on plaintiff's motion.

　　　**IT IS SO ORDERED**.

Dated: September 23, 2021

　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge