UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

   v.

KPA, INC.,

        Defendant.

Case No. 20-cv-08083-SI

**ORDER DIRECTING PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT**

Re: Dkt. Nos. 12, 16

     The Clerk has entered default.  The Court directs plaintiff to file a motion for default judgment no later than **October 15, 2021**.  If plaintiff intends to seek attorney's fees, plaintiff's motion shall explain in detail why there was delay in prosecuting this case.  *See* Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute (Dkt. No. 12).

    **IT IS SO ORDERED**.

Dated: September 30, 2021

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California